**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 97-7145**

─────────

CALVIN SCOTT WEDINGTON,

                              Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA; H. LAPPIN, Warden;
K. HAWK, Dr., Director, Bureau of Prisons,

                              Defendants - Appellees.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, District Judge.
(CA-97-539-5-F2)

─────────

Submitted:  March 12, 1998          Decided:  March 23, 1998

─────────

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Calvin Scott Wedington, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his civil complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wedington v. United States</u>, No. CA-97-539-5-F2 (E.D.N.C. July 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>